**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| [1]  PATRICIA ANN LAWSON | ) | |
| | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 5:16-cv-01029-C |
| | ) | |
| [1]  AMERICAN BANKERS INSURANCE | ) | |
|         COMPANY OF FLORIDA, | ) | |
| | ) | |
|         Defendant. | ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Patricia Ann Lawson and Defendant American Bankers Insurance Company of Florida, hereby jointly stipulate to the dismissal of this action with prejudice to future filings. Each party will bear its own costs and attorneys' fees.

WHEREFORE, upon consideration, the parties hereto stipulate that this case filed on behalf of the Plaintiff against the named Defendant be dismissed with prejudice.

Respectfully submitted,

*s/ Steven S. Mansell*
(s*igned with permission*)
Steven S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
MANSELL ENGEL & COLE
101 Park Avenue, Suite 665
Oklahoma City, OK  73102
Telephone:    (405) 232-4100
Facsimile:    (405) 232-4140
Email:        smansell@meclaw.net
              mengel@meclaw.net

**ATTORNEYS FOR PLAINTIFF**

*s/ J. Derrick Teague*
J. Derrick Teague, OBA #15131
JENNINGS | TEAGUE, P.C.
204 N. Robinson Avenue, Suite 1000
Oklahoma City, OK  73102
Telephone:	(405) 609-6000
Facsimile:	(405) 609-6501
Email:	dteague@jenningsteague.com

**ATTORNEY FOR DEFENDANT**